UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAROL FLANNIGAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3080** |
| **UNIVERSAL STEEL AMERICA, INC., ET AL.** | **SECTION: "J"(5)** |

### ORDER

The Court, having considered the record, the applicable law, Defendant Universal Steel America, Inc.'s *Rule 12(b)(6) Motion for Partial Dismissal* **(Rec. Doc. 12)**, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the *Rule 12(b)(6) Motion for Partial Dismissal* **(Rec. Doc. 12)** filed by Defendant, Universal Steel America, Inc., is **GRANTED,** and Plaintiff's complaint against Randy Butler, Timothy Garcia, Melanie Madden Parish, and Phillip Strickhausen is hereby **DISMISSED without prejudice** for failure to timely effect service on them under Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this 6th day of April, 2023.

                                                  CARL J. BARBIER
                                                  UNITED STATES DISTRICT JUDGE