UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAROL FLANNIGAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3080** |
| **UNIVERSAL STEEL AMERICA, INC., ET AL.** | **SECTION: "J"(5)** |

## REVISED ORDER[1]

The Court, having considered the record, the applicable law, the failure of Plaintiff to respond to the show cause order (Rec. Doc. 9), and the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 13), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's complaint against Randy Butler, Timothy Garcia, Melanie Madden Parish, and Phillip Strickhausen is hereby **DISMISSED without prejudice** for failure to timely effect service on them under Federal Rule of Civil Procedure 4(m).

---

[1] The previous order (Rec. Doc. 17) wrongly referenced Universal Steel America, Inc.'s Motion to Dismiss (Rec. Doc. 12).

New Orleans, Louisiana, this 11th day of April, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE